# EXHIBIT A

Chung Decl Ex A - 001

 **Service of Process Transmittal**
01/10/2022
CT Log Number 540860114

**TO:** Brenda Dalusong
NBCUniversal Media, LLC
100 Universal City Plz # 1280/9
Universal City, CA 91608-1002

**RE:** **Process Served in California**

**FOR:** NBCUniversal, LLC (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

**TITLE OF ACTION:** Re: Angel Cirilo // To: NBCUniversal, LLC

**DOCUMENT(S) SERVED:** Summons, Complaint, Statement, Civil Cover Sheet, Notice, Attachment(s)

**COURT/AGENCY:** Los Angeles County-Superior Court, CA
Case # 20STCV36095

**NATURE OF ACTION:** Personal Injury - Failure to Maintain Premises in a Safe Condition - 09/23/2018

**ON WHOM PROCESS WAS SERVED:** C T Corporation System, GLENDALE, CA

**DATE AND HOUR OF SERVICE:** By Process Server on 01/10/2022 at 02:03

**JURISDICTION SERVED :** California

**APPEARANCE OR ANSWER DUE:** Within 30 calendar days after this summons and legal papers are served on you

**ATTORNEY(S) / SENDER(S):** Daniel D. Geoulla, Esq.
B & D Law Group, APLC
10700 Santa Monica Blvd., Suite 200
Los Angeles, CA 90025
310-424-5252

**ACTION ITEMS:** CT has retained the current log, Retain Date: 01/11/2022, Expected Purge Date: 01/16/2022

Image SOP

Email Notification, Brenda Dalusong Brenda.Dalusong@nbcuni.com

Email Notification, Daniel Kummer Daniel.Kummer@nbcuni.com

Email Notification, Erik Bierbauer Erik.Bierbauer@nbcuni.com

Email Notification, Jorge Mendez Jorge.Mendez@nbcuni.com

Email Notification, Ryan Waters ryan.waters@universalorlando.com

Email Notification, Shannon Alexander shannon.alexander@nbcuni.com

Email Notification, Ted Ragsac ted.ragsac@nbcuni.com

Email Notification, Vivian Volker Vivian.Volker@UniversalOrlando.com

 **Service of Process Transmittal**
01/10/2022
CT Log Number 540860114

**TO:** Brenda Dalusong
NBCUniversal Media, LLC
100 Universal City Plz # 1280/9
Universal City, CA 91608-1002

**RE:** **Process Served in California**

**FOR:** NBCUniversal, LLC (Domestic State: DE)

Email Notification, Kimberly Andrick kimberly_andrick@comcast.com

Email Notification, Michael Dickert michael_dickert@comcast.com

Email Notification, Deborah Saunders deborah_saunders@comcast.com

**REGISTERED AGENT ADDRESS:** C T Corporation System
330 N BRAND BLVD
STE 700
GLENDALE, CA 91203
877-564-7529
MajorAccountTeam2@wolterskluwer.com

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:**                    Mon, Jan 10, 2022

**Server Name:**             Victor Mendez

| Entity Served | NBCUNIVERSAL, LLC |
|---|---|
| Case Number | 20STCV36095 |
| Jurisdiction | CA |



Electronically FILED by Superior Court of California, County of Los Angeles on 09/22/2020 01:15 PM Sherri R. Carter, Executive Officer/Clerk of Court, by R. Perez,Deputy Clerk
20STCV36095

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:**
***(AVISO AL DEMANDADO):***
NBCUniversal Theme Park; NBCUniversal, LLC; Universal Studios; Comcast Corporation; and Does 1 to 100, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
***(LO ESTÁ DEMANDANDO EL DEMANDANTE):***
Angel Cirilo

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more infomation at the Califomia Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the Califomia Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE**: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡**AVISO!** Lo han demandado. Si no responde dentro de 30 dias, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (*www.sucorte.ca.gov*), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (*www.lawhelpcalifomia.org*), en el Centro de Ayuda de las Cortes de California, (*www.sucorte.ca.gov*) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* Los Angeles County Superior Court
Central District - Spring Street Courthouse
312 North Spring Street, Los Angeles, CA 90012

CASE NUMBER:
*(Número del Caso):*
20STCV36095

Sherri R. Carter Executive Officer / Clerk of Court

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Daniel D. Geoulla, Esq. (SBN: 255800), B & D LAW GROUP, APLC.
10700 Santa Monica Blvd., Suite 200, Los Angeles, Califomia 90025 P: (310)424-5252

DATE: *(Fecha)* 09/22/2020 Clerk, by *(Secretario)* R. Perez , Deputy *(Adjunto)*

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario* Proof of Service of Summons, *(POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*
3. ☒ on behalf of *(specify)*: NBCUniversal, LLC

under:
☐ CCP 416.10 (corporation)
☐ CCP 416.20 (defunct corporation)
☐ CCP 416.40 (association or partnership)
☐ CCP 416.60 (minor)
☐ CCP 416.70 (conservatee)
☐ CCP 416.90 (authorized person)
☒ other *(specify)*: LLC

4. ☐ by personal delivery on *(date)*:

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courtinfo.ca.gov*

Chung Decl Ex A - 005

American LegalNet, Inc.
www.FormsWorkflow.com

Electronically FILED by Superior Court of California, County of Los Angeles on 09/22/2020 01:15 PM Sherri R. Carter, Executive Officer/Clerk of Court, by R. Perez, Deputy Clerk
20STCV36095

Assigned for all purposes to: Spring Street Courthouse, Judicial Officer: Edward Moreton

PLD-PI-001

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Daniel D. Geoulla, Esq., SBN: 255800
B & D LAW GROUP, APLC.
10700 Santa Monica Blvd., Suite 200
Los Angeles, CA 90025
TELEPHONE NO: (310)424-5252 FAX NO. (Optional): (310)492-5855
E-MAIL ADDRESS (Optional): daniel@bdinjurylawgroup.com
ATTORNEY FOR (Name): Plaintiff, Angel Cirilo

FOR COURT USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles - Central District
STREET ADDRESS: 312 North Spring Street
MAILING ADDRESS: 312 North Spring Street
CITY AND ZIP CODE: Los Angeles, 90012
BRANCH NAME: Spring Street Courthouse

PLAINTIFF: Angel Cirilo

DEFENDANT: NBCUniversal Theme Park; NBCUniversal, LLC; Universal Studios; Comcast Corporation; and Does 1 to 100, inclusive

COMPLAINT—Personal Injury, Property Damage, Wrongful Death

☐ AMENDED (Number):

Type (check all that apply):

☐ MOTOR VEHICLE ☒ OTHER (specify): Premises Liability
☐ Property Damage ☐ Wrongful Death
☒ Personal Injury ☒ Other Damages (specify): According to Proof At Trial

Jurisdiction (check all that apply):

☐ ACTION IS A LIMITED CIVIL CASE
Amount demanded ☐ does not exceed $10,000
☐ exceeds $10,000, but does not exceed $25,000
☒ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
☐ from limited to unlimited
☐ from unlimited to limited

CASE NUMBER: 20STCV36095

1. Plaintiff (name or names): Angel Cirilo
alleges causes of action against defendant (name or names): NBCUniversal Theme Park; NBCUniversal, LLC; Universal Studios; Comcast Corporation; and Does 1 to 100, inclusive.

2. This pleading, including attachments and exhibits, consists of the following number of pages: 5

3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):
   b. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property Damage, Wrongful Death

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

| SHORT TITLE: Angel Cirilo v. NBCUniversal Theme Park, et al. | CASE NUMBER: |
|---|---|

4. [ ] Plaintiff (name):
is doing business under the fictitious name (specify):

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

a. [X] except defendant (name): NBCUniversal Theme Park
(1) [X] a business organization, form unknown
(2) [ ] a corporation
(3) [ ] an unincorporated entity (describe):
(4) [ ] a public entity (describe):
(5) [ ] other (specify):

b. [X] except defendant (name): NBCUniversal, LLC
(1) [ ] a business organization, form unknown
(2) [ ] a corporation
(3) [X] an unincorporated entity (describe): a limited liability company
(4) [ ] a public entity (describe):
(5) [ ] other (specify):

c. [X] except defendant (name): Universal Studios
(1) [X] a business organization, form unknown
(2) [ ] a corporation
(3) [ ] an unincorporated entity (describe):
(4) [ ] a public entity (describe):
(5) [ ] other (specify):

d. [X] except defendant (name): Comcast Corporation
(1) [ ] a business organization, form unknown
(2) [X] a corporation
(3) [ ] an unincorporated entity (describe):
(4) [ ] a public entity (describe):
(5) [ ] other (specify):

e. Plaintiff is further informed and believes and thereon alleges that defendants, and each of them, are agents, employers, owners, managers, partners, joint-venturers, successors, and/or *alter-egos* of one another; a unity of interests exists among defendants and to adhere to the fiction of their separate existence would sanction a fraud and promote injustice.

6. The true names of defendants sued as Does are unknown to plaintiff.
a. [X] Doe defendants (specify Doe numbers): DOES 1 through 50 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
b. [X] Doe defendants (specify Doe numbers): DOES 51 through 100 are persons whose capacities are unknown to plaintiff.

7. [ ] Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
a. [ ] at least one defendant now resides in its jurisdictional area.
b. [ ] the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
c. [X] injury to person or damage to personal property occurred in its jurisdictional area.
d. [ ] other (specify):

9. [ ] Plaintiff is required to comply with a claims statute, and
a. [ ] has complied with applicable claims statutes, or
b. [ ] is excused from complying because (specify):

| SHORT TITLE: Angel Cirilo v. NBCUniversal Theme Park, et al. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):
   a. [ ] Motor Vehicle
   b. [X] General Negligence ,Negligent Supervision, Negligent Hiring, Negligent Retention, Negligent Training
   c. [ ] Intentional Tort
   d. [ ] Products Liability
   e. [X] Premises Liability
   f. [ ] Other (specify):

11. Plaintiff has suffered
   a. [X] wage loss
   b. [ ] loss of use of property
   c. [X] hospital and medical expenses
   d. [X] general damage
   e. [ ] property damage
   f. [X] loss of earning capacity
   g. [X] other damage (specify): According to Proof

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. [ ] listed in Attachment 12.
   b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.
Plaintiff's Damages and Demand for Relief exceeds $25,000.00.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) [X] compensatory damages
   (2) [ ] punitive damages
   The amount of damages is (in cases for personal injury or wrongful death, you must check (1)):
   (1) [X] according to proof
   (2) [ ] in the amount of: $

15. [X] The paragraphs of this complaint alleged on information and belief are as follows (specify paragraph numbers):
5, 6, 8, L1-L5, GN-1

Date: 9/21/2020

Daniel D. Geoulla, Esq.
(TYPE OR PRINT NAME)

(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(4)

| SHORT TITLE: Angel Cirilo v. NBCUniversal Theme Park, et al. | CASE NUMBER: |
|---|---|

First (number) **CAUSE OF ACTION—Premises Liability** Page 4 of 5

ATTACHMENT TO [X] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* Angel Cirilo
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date):* or about 9/23/2018 plaintiff was injured on the following premises in the following fashion *(description of premises and circumstances of injury):*

Plaintiff was lawfully on Defendants' premises, located at or about 100 Universal City Plaza, Universal City, CA 91308, when suddenly and without notice, Plaintiff was struck on the head by a tram door that was shut by a park employee operating the tram. The tram doors, its operation, and its design constituted a dangerous condition, use, structure, and/or activity. Defendants breached their duty to Plaintiff by failing to address, alleviate, remove and/or remedy the defective and dangerous condition, use, structure, and/or activity on Defendants' premises, and by failing to warn their customers, including Plaintiff, of the presence of such a dangerous condition, use, structure, and/or activity, despite having adequate time and notice to do so. This conduct by Defendants, and each of them, caused Plaintiff to suffer severe injuries for which he received reasonable and necessary medical care and treatment.

Moreover, pursuant to Civil Code §2100, et seq., as common carriers the operators of tram had a mandatory duty to to use the utmost care and diligenece for Plaintiff's safe carriage and to ensure that the vehicles were safe and hazard free and were being operated in a safe and hazard free manner, and that Defendants breached these duties.

Prem.L-2. [X] **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names):* NBCUniversal Theme Park; NBCUniversal, LLC; Universal Studios; Comcast Corporation; and Does 1 to 100, inclusive.

Prem.L-3. [ ] **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):*

Plaintiff, a recreational user, was [ ] an invited guest [ ] a paying guest.

Prem.L-4. [ ] **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names):*

a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.

b. [ ] The condition was created by employees of the defendant public entity.

Prem.L-5. a. [X] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):* NBCUniversal Theme Park; NBCUniversal, LLC; Universal Studios; Comcast Corporation; and Does 1 to 100, inclusive.

b. [X] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are [ ] described in attachment Prem.L-5.b [X] as follows *(names):* Defendants have failed to adequately disclose information and thus the true names and identities of Does 1 through 100 are presently unknown to Plaintiff. Plaintiff is informed and believes and thereon alleges that each such Defendant is in some way responsible and liable for the events or happenings alleged in this Complaint.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]

**CAUSE OF ACTION—Premises Liability**

Code of Civil Procedure, § 425.12
*www.courtinfo.ca.gov*

Chung Decl Ex A - 009

PLD-PI-001(2)

| SHORT TITLE: Angel Cirilo v. NBCUniversal Theme Park, et al. | CASE NUMBER: |
|---|---|

Second (number) **CAUSE OF ACTION—General Negligence** Page 5 of 5

ATTACHMENT TO [X] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*: Angel Cirilo

alleges that defendant *(name)*: NBCUniversal Theme Park; NBCUniversal, LLC; Universal Studios; Comcast Corporation; and Does 1 to 100, inclusive.

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date)*: or about 9/23/2018

at *(place)*: or about: 100 Universal City Plaza, Universal City, CA 91608

*(description of reasons for liability)*:

1) Defendants so negligently owned, operated, maintained, entrusted, and/or controlled the subject premises. Furthermore, Defendants so negligently hired, trained, supervised, and retained their workers.

2) Moreover, pursuant to Civil Code §2100, et seq., as common carriers the operators of tram had a mandatory duty to to use the utmost care and diligenece for Plaintiff's safe carriage and to ensure that the vehicles were safe and hazard free and were being operated in a safe and hazard free manner, and that Defendants breached these duties.

3) Defendants owed Plaintiff a legal duty or duties. Defendants breached their duty or duties to Plaintiff.

4) As a result, Defendants actually and proximately caused the Plaintiff personal injuries and damages in an amount according to proof at trial.

5) Plaintiff is further informed and belives and thereon alleges that Defendants were subject to and violated, ADA, California Health & Safety Codes, building codes, and/or ordinances and these violations actually and legally caused Plaintiff's damages, the occurrence resulting in the damages was of a nature that the regulation was designed to prevent and Plaintiff was among the class of persons for whose protection the regulation was adopted for.

6) By reason of the foregoing, Defendants, and each of them, are liable for, and Plaintiff is entitled to recover, Plaintiff's general, special, actual, and compensatory damages, including but not limited to, Plaintiff's necessary medical and related expenses, past, present and future lost earnings, loss of future earning capacity, as well as mental, emotional, and physical pain and suffering, in an amount according to proof at trial.

Page 1 of 1

Form Approved for Optional Use Judicial Council of California PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12 www.courtinfo.ca.gov

Chung Decl Ex A - 010

Daniel D. Geoulla, Esq. (SBN: 255800)
Michael B. Geoola, Esq. (SBN: 235365)
**B & D LAW GROUP, APLC.**
10700 Santa Monica Blvd., Suite 200
Los Angeles, California 90025
Telephone: (310) 424-5252
Facsimile: (310) 492-5855
Attorneys for ***Plaintiffs***,
Angel Cirilo

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF LOS ANGELES - CENTRAL DISTRICT**

**SPRING STREET COURTHOUSE**

ANGEL CIRILO,

Plaintiff,

vs.

NBCUNIVERSAL THEME PARK, and DOES 1 to 100, inclusive.

Defendants.

**CASE NO. 20STCV36095**

**STATEMENT OF DAMAGES**

[C.C.P. §§425.11, 425.115]

TO DEFENDANT AND ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE Plaintiff ANGEL CIRILO seeks the following general and special damages:

**Special Damages:** **$ 2,000,000.00**

**General Damages:** **$ 3,000,000.00**

DATED: January 5, 2022

**B & D LAW GROUP, APLC.**

By: ______________________
Daniel D. Geoulla, Esq.
Attorneys for ***Plaintiffs***,
Angel Cirilo

B & D LAW GROUP, APLC.
10700 SANTA MONICA BOULEVARD, SUITE 200
LOS ANGELES, CALIFORNIA 90025
(310) 424-5252

Electronically FILED by Superior Court of California, County of Los Angeles on 09/22/2020 01:15 PM Sherri R. Carter, Executive Officer/Clerk of Court, by R. Perez,Deputy Clerk 20STCV36095

CM-010

ATTORNEY OR PARTY WITHOUT ATTORNEY (*Name, State Bar number, and address*):
Daniel D. Geoulla, Esq., SBN: 255800
B & D LAW GROUP, APLC.
10700 Santa Monica Blvd., Suite 200, Los Angeles, CA 90025
TELEPHONE NO.: (310)424-5252 FAX NO.: (310)492-5855
ATTORNEY FOR (*Name*): Plaintiff, Angel Cirilo

FOR COURT USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles - Central District
STREET ADDRESS: 312 North Spring Street
MAILING ADDRESS: 312 North Spring Street
CITY AND ZIP CODE: Los Angeles, 90012
BRANCH NAME: Spring Street Courthouse

CASE NAME:
Angel Cirilo v. NBCUniversal Theme Park, et al.

**CIVIL CASE COVER SHEET**

[X] **Unlimited** (Amount demanded exceeds $25,000)
[ ] **Limited** (Amount demanded is $25,000 or less)

**Complex Case Designation**
[ ] **Counter** [ ] **Joinder**
Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402)

CASE NUMBER: 20STCV36095
JUDGE:
DEPT:

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[X] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint (*not specified above*) (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition (*not specified above*) (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought (*check all that apply*): a. [X] monetary b. [ ] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action (*specify*): 2
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (*You may use form CM-015.*)

Date: 9/21/2020
Daniel D. Geoulla, Esq.
(TYPE OR PRINT NAME) (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**

- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]
CIVIL CASE COVER SHEET
Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov
Chung Decl Ex A - 012

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
- Auto (22)–Personal Injury/Property Damage/Wrongful Death
- Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
- Asbestos (04)
  - Asbestos Property Damage
  - Asbestos Personal Injury/ Wrongful Death
- Product Liability *(not asbestos or toxic/environmental)* (24)
- Medical Malpractice (45)
  - Medical Malpractice– Physicians & Surgeons
  - Other Professional Health Care Malpractice
- Other PI/PD/WD (23)
  - Premises Liability (e.g., slip and fall)
  - Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  - Intentional Infliction of Emotional Distress
  - Negligent Infliction of Emotional Distress
  - Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
- Business Tort/Unfair Business Practice (07)
- Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
- Defamation (e.g., slander, libel) (13)
- Fraud (16)
- Intellectual Property (19)
- Professional Negligence (25)
  - Legal Malpractice
  - Other Professional Malpractice *(not medical or legal)*
- Other Non-PI/PD/WD Tort (35)

**Employment**
- Wrongful Termination (36)
- Other Employment (15)

**Contract**
- Breach of Contract/Warranty (06)
  - Breach of Rental/Lease
    - Contract *(not unlawful detainer or wrongful eviction)*
  - Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  - Negligent Breach of Contract/ Warranty
  - Other Breach of Contract/Warranty
- Collections (e.g., money owed, open book accounts) (09)
  - Collection Case–Seller Plaintiff
  - Other Promissory Note/Collections Case
- Insurance Coverage *(not provisionally complex)* (18)
  - Auto Subrogation
  - Other Coverage
- Other Contract (37)
  - Contractual Fraud
  - Other Contract Dispute

**Real Property**
- Eminent Domain/Inverse Condemnation (14)
- Wrongful Eviction (33)
- Other Real Property (e.g., quiet title) (26)
  - Writ of Possession of Real Property
  - Mortgage Foreclosure
  - Quiet Title
  - Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
- Commercial (31)
- Residential (32)
- Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
- Asset Forfeiture (05)
- Petition Re: Arbitration Award (11)
- Writ of Mandate (02)
  - Writ–Administrative Mandamus
  - Writ–Mandamus on Limited Court Case Matter
  - Writ–Other Limited Court Case Review
- Other Judicial Review (39)
  - Review of Health Officer Order
  - Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
- Antitrust/Trade Regulation (03)
- Construction Defect (10)
- Claims Involving Mass Tort (40)
- Securities Litigation (28)
- Environmental/Toxic Tort (30)
- Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
- Enforcement of Judgment (20)
  - Abstract of Judgment (Out of County)
  - Confession of Judgment *(non-domestic relations)*
  - Sister State Judgment
  - Administrative Agency Award *(not unpaid taxes)*
  - Petition/Certification of Entry of Judgment on Unpaid Taxes
  - Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
- RICO (27)
- Other Complaint *(not specified above)* (42)
  - Declaratory Relief Only
  - Injunctive Relief Only *(non-harassment)*
  - Mechanics Lien
  - Other Commercial Complaint Case *(non-tort/non-complex)*
  - Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
- Partnership and Corporate Governance (21)
- Other Petition *(not specified above)* (43)
  - Civil Harassment
  - Workplace Violence
  - Elder/Dependent Adult Abuse
  - Election Contest
  - Petition for Name Change
  - Petition for Relief From Late Claim
  - Other Civil Petition

Electronically FILED by Superior Court of California, County of Los Angeles on 09/22/2020 01:55 PM Sherri R. Carter, Executive Officer/Clerk of Court, by R. Perez,Deputy Clerk 20STCV36095

| SHORT TITLE: Angel Cirilo v. NBCUniversal Theme Park, et al. | CASE NUMBER 20STCV36095 |
|---|---|

## CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

**This form is required pursuant to LASC Local Rule 2.0 in all new civil case filings in the Los Angeles Superior Court.**

Item I. Check the types of hearing and fill in the estimated length of hearing expected for this case:

JURY TRIAL? X YES CLASS ACTION? YES LIMITED CASE? YES TIME ESTIMATED FOR TRIAL 7-10 HOURS/ X DAYS

Item II. Select the correct district and courthouse location (4 steps – If you checked "Limited Case", skip to Item III, Pg. 4):

**Step 1:** After first completing the Civil Case Cover Sheet Form, find the main civil case cover sheet heading for your case in the left margin below, and, to the right in Column **A**, the Civil Case Cover Sheet case type you selected.

**Step 2:** Check **one** Superior Court type of action in Column **B** below which best describes the nature of this case.

**Step 3:** In Column **C**, circle the reason for the court location choice that applies to the type of action you have checked. For any exception to the court location, see Los Angeles Superior Court Local Rule 2.0.

**Applicable Reasons for Choosing Courthouse Location (see Column C below)**

1. Class Actions must be filed in the County Courthouse, Central District.
2. May be filed in Central (Other county, or no Bodily Injury/Property Damage).
3. Location where cause of action arose.
4. Location where bodily injury, death or damage occurred.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.
7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office.

**Step 4:** Fill in the information requested on page 4 in Item III; complete Item IV. Sign the declaration.

| | A Civil Case Cover Sheet Category No. | B Type of Action (Check only one) | C Applicable Reasons - See Step 3 Above |
|---|---|---|---|
| Auto Tort | Auto (22) | A7100 Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1., 2., 4. |
| Auto Tort | Uninsured Motorist (46) | A7110 Personal Injury/Property Damage/Wrongful Death – Uninsured Motorist | 1., 2., 4. |
| Other Personal Injury/Property Damage/Wrongful Death Tort | Asbestos (04) | A6070 Asbestos Property Damage<br>A7221 Asbestos - Personal Injury/Wrongful Death | 2.<br>2. |
| | Product Liability (24) | A7260 Product Liability (not asbestos or toxic/environmental) | 1., 2., 3., 4., 8. |
| | Medical Malpractice (45) | A7210 Medical Malpractice - Physicians & Surgeons<br>A7240 Other Professional Health Care Malpractice | 1., 2., 4.<br>1., 2., 4. |
| | Other Personal Injury Property Damage Wrongful Death (23) | X A7250 Premises Liability (e.g., slip and fall)<br>A7230 Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.)<br>A7270 Intentional Infliction of Emotional Distress<br>A7220 Other Personal Injury/Property Damage/Wrongful Death | 1., 2., 4.<br>1., 2., 4.<br>1., 2., 3.<br>1., 2., 4. |
| Non-Personal Injury/Property Damage/Wrongful Death Tort | Business Tort (07) | A6029 Other Commercial/Business Tort (not fraud/breach of contract) | 1., 2., 3. |
| | Civil Rights (08) | A6005 Civil Rights/Discrimination | 1., 2., 3. |
| | Defamation (13) | A6010 Defamation (slander/libel) | 1., 2., 3. |
| | Fraud (16) | A6013 Fraud (no contract) | 1., 2., 3. |

| SHORT TITLE: Angel Cirilo v. NBCUniversal Theme Park, et al. | CASE NUMBER |
|---|---|

| | A Civil Case Cover Sheet Category No. | B Type of Action (Check only one) | C Applicable Reasons -See Step 3 Above |
|---|---|---|---|
| Non-Personal Injury/Property Damage/ Wrongful Death Tort (Cont'd.) | Professional Negligence (25) | A6017 Legal Malpractice<br>A6050 Other Professional Malpractice (not medical or legal) | 1., 2., 3.<br>1., 2., 3. |
| | Other (35) | A6025 Other Non-Personal Injury/Property Damage tort | 2.,3. |
| Employment | Wrongful Termination (36) | A6037 Wrongful Termination | 1., 2., 3. |
| | Other Employment (15) | A6024 Other Employment Complaint Case<br>A6109 Labor Commissioner Appeals | 1., 2., 3.<br>10. |
| Contract | Breach of Contract/ Warranty (06) (not insurance) | A6004 Breach of Rental/Lease Contract (not Unlawful Detainer or wrongful eviction)<br>A6008 Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence)<br>A6019 Negligent Breach of Contract/Warranty (no fraud)<br>A6028 Other Breach of Contract/Warranty (not fraud or negligence) | 2., 5.<br>2., 5.<br>1., 2., 5.<br>1., 2., 5. |
| | Collections (09) | A6002 Collections Case-Seller Plaintiff<br>A6012 Other Promissory Note/Collections Case | 2., 5., 6.<br>2., 5. |
| | Insurance Coverage (18) | A6015 Insurance Coverage (not complex) | 1., 2., 5., 8. |
| | Other Contract (37) | A6009 Contractual Fraud<br>A6031 Tortious Interference<br>A6027 Other Contract Dispute(not breach/insurance/fraud/negligence) | 1., 2., 3., 5.<br>1., 2., 3., 5.<br>1., 2., 3., 8. |
| Real Property | Eminent Domain/Inverse Condemnation (14) | A7300 Eminent Domain/Condemnation Number of parcels______ | 2. |
| | Wrongful Eviction (33) | A6023 Wrongful Eviction Case | 2., 6. |
| | Other Real Property (26) | A6018 Mortgage Foreclosure<br>A6032 Quiet Title<br>A6060 Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2., 6.<br>2., 6.<br>2., 6. |
| Unlawful Detainer | Unlawful Detainer-Commercial (31) | A6021 Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 2., 6. |
| | Unlawful Detainer-Residential (32) | A6020 Unlawful Detainer-Residential (not drugs or wrongful eviction) | 2., 6. |
| | Unlawful Detainer-Drugs (38) | A6022 Unlawful Detainer-Drugs | 2., 6. |
| Judicial Review | Asset Forfeiture (05) | A6108 Asset Forfeiture Case | 2., 6. |
| | Petition re Arbitration (11) | A6115 Petition to Compel/Confirm/Vacate Arbitration | 2., 5. |

| SHORT TITLE: Angel Cirilo v. NBCUniversal Theme Park, et al. | CASE NUMBER |
|---|---|

| | A<br>Civil Case Cover Sheet Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons - See Step 3 Above |
|---|---|---|---|
| Judicial Review (Cont'd.) | Writ of Mandate (02) | A6151 Writ - Administrative Mandamus | 2., 8. |
| | | A6152 Writ - Mandamus on Limited Court Case Matter | 2. |
| | | A6153 Writ - Other Limited Court Case Review | 2. |
| | Other Judicial Review (39) | A6150 Other Writ /Judicial Review | 2., 8. |
| Provisionally Complex Litigation | Antitrust/Trade Regulation (03) | A6003 Antitrust/Trade Regulation | 1., 2., 8. |
| | Construction Defect (10) | A6007 Construction defect | 1., 2., 3. |
| | Claims Involving Mass Tort (40) | A6006 Claims Involving Mass Tort | 1., 2., 8. |
| | Securities Litigation (28) | A6035 Securities Litigation Case | 1., 2., 8. |
| | Toxic Tort Environmental (30) | A6036 Toxic Tort/Environmental | 1., 2., 3., 8. |
| | Insurance Coverage Claims from Complex Case (41) | A6014 Insurance Coverage/Subrogation (complex case only) | 1., 2., 5., 8. |
| Enforcement of Judgment | Enforcement of Judgment (20) | A6141 Sister State Judgment | 2., 9. |
| | | A6160 Abstract of Judgment | 2., 6. |
| | | A6107 Confession of Judgment (non-domestic relations) | 2., 9. |
| | | A6140 Administrative Agency Award (not unpaid taxes) | 2., 8. |
| | | A6114 Petition/Certificate for Entry of Judgment on Unpaid Tax | 2., 8. |
| | | A6112 Other Enforcement of Judgment Case | 2., 8., 9. |
| Miscellaneous Civil Complaints | RICO (27) | A6033 Racketeering (RICO) Case | 1., 2., 8. |
| | Other Complaints (Not Specified Above) (42) | A6030 Declaratory Relief Only | 1., 2., 8. |
| | | A6040 Injunctive Relief Only (not domestic/harassment) | 2., 8. |
| | | A6011 Other Commercial Complaint Case (non-tort/non-complex) | 1., 2., 8. |
| | | A6000 Other Civil Complaint (non-tort/non-complex) | 1., 2., 8. |
| Miscellaneous Civil Petitions | Partnership Corporation Governance(21) | A6113 Partnership and Corporate Governance Case | 2., 8. |
| | Other Petitions (Not Specified Above) (43) | A6121 Civil Harassment | 2., 3., 9. |
| | | A6123 Workplace Harassment | 2., 3., 9. |
| | | A6124 Elder/Dependent Adult Abuse Case | 2., 3., 9. |
| | | A6190 Election Contest | 2. |
| | | A6110 Petition for Change of Name | 2., 7. |
| | | A6170 Petition for Relief from Late Claim Law | 2., 3., 4., 8. |
| | | A6100 Other Civil Petition | 2., 9. |

| SHORT TITLE: Angel Cirilo v. NBCUniversal Theme Park, et al. | CASE NUMBER |
| --- | --- |

Item III. Statement of Location: Enter the address of the accident, party's residence or place of business, performance, or other circumstance indicated in Item II., Step 3 on Page 1, as the proper reason for filing in the court location you selected.

| REASON: CHECK THE NUMBER UNDER COLUMN C WHICH APPLIES IN THIS CASE<br>1. 2. 3. X4. 5. 6. 7. 8. 9. 10. | | | ADDRESS: at or near 100 Universal City Plaza |
| --- | --- | --- | --- |
| CITY: Universal City | STATE: CA | ZIP CODE: 91608 | |

Item IV. *Declaration of Assignment*: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that the above-entitled matter is properly filed for assignment to the Spring Street courthouse in the Central District of the Los Angeles Superior Court (Code Civ. Proc., § 392 et seq., and LASC Local Rule 2.0, subds. (b), (c) and (d)).

Dated: 9/21/2020

(SIGNATURE OF ATTORNEY/FILING PARTY)

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.
2. If filing a Complaint, a completed Summons form for issuance by the Clerk.
3. Civil Case Cover Sheet form CM-010.
4. Complete Addendum to Civil Case Cover Sheet form LACIV 109 (Rev. 01/07), LASC Approved 03-04.
5. Payment in full of the filing fee, unless fees have been waived.
6. Signed order appointing the Guardian ad Litem, JC form FL-935, if the plaintiff or petitioner is a minor under 18 years of age, or if required by Court.
7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.

**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF LOS ANGELES**

COURTHOUSE ADDRESS:
Spring Street Courthouse
312 North Spring Street, Los Angeles, CA 90012

Reserved for Clerk's File Stamp

**FILED**
Superior Court of California
County of Los Angeles
09/22/2020
Sherri R. Carter, Executive Officer / Clerk of Court
By: R. Perez Deputy

# NOTICE OF CASE ASSIGNMENT
# UNLIMITED CIVIL CASE

**Your case is assigned for all purposes to the judicial officer indicated below.**

CASE NUMBER:
20STCV36095

**THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT**

| | ASSIGNED JUDGE | DEPT | ROOM | | | ASSIGNED JUDGE | DEPT | ROOM |
|---|---|---|---|---|---|---|---|---|
| ✔ | Edward B. Moreton | 27 | | | | | | |

Given to the Plaintiff/Cross-Complainant/Attorney of Record on 09/22/2020 (Date)

Sherri R. Carter, Executive Officer / Clerk of Court

By R. Perez, Deputy Clerk

LACIV 190 (Rev 6/18)
LASC Approved 05/06

**NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE**

Chung Decl Ex A - 018

# INSTRUCTIONS FOR HANDLING UNLIMITED CIVIL CASES

The following critical provisions of the California Rules of Court, Title 3, Division 7, as applicable in the Superior Court, are summarized for your assistance.

**APPLICATION**
The Division 7 Rules were effective January 1, 2007. They apply to all general civil cases.

**PRIORITY OVER OTHER RULES**
The Division 7 Rules shall have priority over all other Local Rules to the extent the others are inconsistent.

**CHALLENGE TO ASSIGNED JUDGE**
A challenge under Code of Civil Procedure Section 170.6 must be made within **15** days after notice of assignment for all purposes to a judge, or if a party has not yet appeared, within 15 days of the first appearance.

**TIME STANDARDS**
Cases assigned to the Independent Calendaring Courts will be subject to processing under the following time standards:

**COMPLAINTS**
All complaints shall be served within 60 days of filing and proof of service shall be filed within 90 days.

**CROSS-COMPLAINTS**
Without leave of court first being obtained, no cross-complaint may be filed by any party after their answer is filed. Cross-complaints shall be served within 30 days of the filing date and a proof of service filed within 60 days of the filing date.

**STATUS CONFERENCE**
A status conference will be scheduled by the assigned Independent Calendar Judge no later than 270 days after the filing of the complaint. Counsel must be fully prepared to discuss the following issues: alternative dispute resolution, bifurcation, settlement, trial date, and expert witnesses.

**FINAL STATUS CONFERENCE**
The Court will require the parties to attend a final status conference not more than 10 days before the scheduled trial date. All parties shall have motions in limine, bifurcation motions, statements of major evidentiary issues, dispositive motions, requested form jury instructions, special jury instructions, and special jury verdicts timely filed and served prior to the conference. These matters may be heard and resolved at this conference. At least five days before this conference, counsel must also have exchanged lists of exhibits and witnesses, and have submitted to the court a brief statement of the case to be read to the jury panel as required by Chapter Three of the Los Angeles Superior Court Rules.

**SANCTIONS**
The court will impose appropriate sanctions for the failure or refusal to comply with Chapter Three Rules, orders made by the Court, and time standards or deadlines established by the Court or by the Chapter Three Rules. Such sanctions may be on a party, or if appropriate, on counsel for a party.

**This is not a complete delineation of the Division 7 or Chapter Three Rules, and adherence only to the above provisions is therefore not a guarantee against the imposition of sanctions under Trial Court Delay Reduction. Careful reading and compliance with the actual Chapter Rules is imperative.**

**Class Actions**
Pursuant to Local Rule 2.3, all class actions shall be filed at the Stanley Mosk Courthouse and are randomly assigned to a complex judge at the designated complex courthouse. If the case is found not to be a class action it will be returned to an Independent Calendar Courtroom for all purposes.

***Provisionally Complex Cases**
Cases filed as provisionally complex are initially assigned to the Supervising Judge of complex litigation for determination of complex status. If the case is deemed to be complex within the meaning of California Rules of Court 3.400 et seq., it will be randomly assigned to a complex judge at the designated complex courthouse. If the case is found not to be complex, it will be returned to an Independent Calendar Courtroom for all purposes.

Electronically FILED by Superior Court of California, County of Los Angeles on 03/07/2022 12:21 PM Sherri R. Carter, Executive Officer/Clerk of Court, by S. Lopez,Deputy Clerk

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| Daniel D. Geoulla, Esq. \| SBN: 255800<br>B&D Law Group, APLC<br>10700 SANTA MONICA BLVD STE 200 LOS ANGELES, CA 904012432<br>TELEPHONE NO.: (310) 424-5252 \| FAX NO. (310) 492-5855 \| E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiff: | |
| **Los Angeles Supieror Court**<br>STREET ADDRESS: 312 N Spring St<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Los Angeles, CA 90012<br>BRANCH NAME: Spring Street Courthouse | |
| PLAINTIFF: Angel Cirilo<br>DEFENDANT: NBCUniversal Theme Park, et al. | CASE NUMBER:<br>20STCV36095 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>16680 |

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:

   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ Cross-complaint
   f. ☑ other *(specify documents)*: **Statement of Damages; Civil Case Cover Sheet; Civil Case Cover Sheet Addendum; Notice of Case Assignment Unlimted Civil Case;**

3. a. Party served *(specify name of party as shown on documents served)*:
   **Comcast Corporation**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **John Montijo - CT Process Specialist**

   **Age: 26- 30** **Weight: 141-160 Lbs** **Hair: Black** **Sex: Male**
   **Height: 5'7 - 6'0** **Eyes:** **Race: Latino**

4. Address where the party was served: **CT Corporation System**
   **330 N Brand Blvd Ste 700**
   **Glendale, CA 91203-2336**

5. I served the party *(check proper box)*

   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **1/10/2022** (2) at *(time)*: **12:50 PM**

   b. ☐ **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*: **or** ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2
Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]
**PROOF OF SERVICE OF SUMMONS**
Code of Civil Procedure, § 417.10
Chung Del POS010-1/238704D

| PETITIONER: Angel Cirilo<br>RESPONDENT: NBCUniversal Theme Park, et al. | CASE NUMBER:<br>20STCV36095 |
|---|---|

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):* (2) from *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as occupant.
d. ☑ On behalf of *(specify):* **Comcast Corporation**
under the following Code of Civil Procedure section:

☑ 416.10 (corporation)
☐ 416.20 (defunct corporation)
☐ 416.30 (joint stock company/association)
☐ 416.40 (association or partnership)
☐ 416.50 (public entity)
☐ 415.95 (business organization, form unknown)
☐ 416.60 (minor)
☐ 416.70 (ward or conservatee)
☐ 416.90 (authorized person)
☐ 415.46 (occupant)
☐ other:

7. **Person who served papers**
a. Name: **V. ENRIQUE MENDEZ - DDS Legal Support**
b. Address: **2900 Bristol Street Costa Mesa, CA 92626**
c. Telephone number: **(714) 662-5555**
d. **The fee** for service was: **$ 39.00**
e. I am:

(1) ☐ not a registered California process server.
(2) ☐ exempt from registration under Business and Professions Code section 22350(b).
(3) ☑ registered California process server:
(i) ☐ owner ☐ employee ☑ independent contractor.
(ii) Registration No.: **3428**
(iii) County: **LOS ANGELES**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **1/12/2022**

**DDS Legal Support**
**2900 Bristol Street**
**Costa Mesa, CA 92626**
**(714) 662-5555**
**www.ddslegal.com**

**V. ENRIQUE MENDEZ**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)