JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL CIRILO,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSAL CITY STUDIOS LLC,<br><br>Defendants. | Case No.: 2:22-cv-03249-RGK-E<br>[Assigned to Hon. R. Gary Klausner]<br><br>[PROPOSED] ORDER RE STIPULATION OF DISMISSAL<br><br>[32] |

Having considered the Stipulation of Dismissal filed by the parties to this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this Court hereby GRANTS the request. This action is hereby dismissed with prejudice.

**IT IS SO ORDERED**.

DATED: 3/14/2023

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

1

F:\Clients2\086\2200 - CIRILO v NBCUniversal\PLEADINGS\Stip Dismissal-PO docx
[PROPOSED] ORDER RE STIPULATION OF DISMISSAL